JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ANDERSON, ) | Case No. CV 10-6023-AHM (OP) |
| ) | |
| ) | JUDGMENT |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| RANDY GROUNDS, Warden, ) | |
| ) | |
| ) | |
| Respondent. ) | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 7, 2010

_____
HONORABLE A. HOWARD MATZ
United States District Judge

**JS-6**
Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge